Judgment rendered March 11, 2026.
Application for rehearing may be filed
within the delay allowed by Art. 2166,
La. C.C.P.

No. 56,859-CA

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

CHARLES B. RACER                                    Plaintiff-Appellee

versus

NATIONAL GENERAL                                    Defendant-Appellant
INSURANCE COMPANY

* * * * *

Appealed from the
Fourth Judicial District Court for the
Parish of Ouachita, Louisiana
Trial Court No. 20242146

Honorable Jefferson B. Joyce, Judge

* * * * *

RICHIE, RICHIE & OBERLE, LLP            Counsel for Appellant
By: Paul D. Oberle, Jr.
    Byron A. Richie

GREGORY G. ELIAS                        Counsel for Appellee

* * * * *

Before STEPHENS, HUNTER, and ELLENDER, JJ.

NOT DESIGNATED FOR PUBLICATION
Rule 2-16.3, Uniform Rules, Courts Of Appeal

**ELLENDER, J.**

National General Insurance Company appealed a default judgment in favor of Charles B. Racer, rendered by the Fourth Judicial District Court. After the matter was lodged and docketed for oral argument, the parties advised the court they were now in agreement that the appeal had merit, and the judgment should be reversed. Since the case did not meet the criteria for dismissal under URCA Rule 11, the parties filed a joint motion to reverse the judgment and remand. Our own review of the record confirms the law and evidence support this requested relief. Consequently, the default judgment is hereby reversed and the case is remanded to the Fourth Judicial District Court for further proceedings, with each party to bear its own costs.

**JUDGMENT REVERSED AND CASE REMANDED.**